466 A.2d 1348

**COMMONWEALTH of Pennsylvania**

v.

**Allen YOUNG, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1983.

Decided Nov. 7, 1983.

Frank M. Jackson, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Leslie Sudock, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Record remanded to Court of Common Pleas of Philadelphia for evidentiary hearing on claim of after-discovered evidence.

NIX, J., did not participate in the consideration or decision of this case.